# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30846

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2014

Lyle W. Cayce
Clerk

CRAIG B. SCHNEIDER,

Plaintiff - Appellant

v.

GULF INDUSTRIES, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-342

Before BARKSDALE, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.